ORDERED in the Southern District of Florida on April 3, 2012



*signature*

John K. Olson
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
**Fort Lauderdale Division**
www.flsb.uscourts.gov

In re:

STEPHEN MUNOZ

Debtor(s).
_____/

Case No.: 12-15677-BKC-JKO

Chapter: 7

## ORDER APPROVING REAFFIRMATION AGREEMENT [DE 20]

A reaffirmation agreement was filed on 3/30/12 (date) between the Debtor(s) and creditor AMERICAN HONDA FINANCE CORP. regarding 2008 HONDA VTX 18T28.

*See* [DE 20]. Counsel for the Debtor(s) signed the reaffirmation agreement certifying that this is a fully informed and voluntary decision which does not impose an undue hardship on the Debtor(s) or dependents of the Debtor(s) and that the attorney informed the Debtor(s) of the legal effect and consequences of reaffirming. Further, the presumption of undue hardship is rebutted in writing pursuant to 11 U.S.C. § 524(m). It is therefore ORDERED that the reaffirmation agreement is APPROVED.

###

Copies to:    Debtor & Creditor